| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Choice Electric, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | **25-17873 TBM** |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ally Bank PO Box 380902 Bloomington, MN 55438** | | **2022 Chevy Equinox** | | **$18,900.00** | **$16,500.00** | **$2,400.00** |
| **Byline Bank Loan PO Box 7968 Carol Stream, IL 60197** | | | | | | **$1,596,056.00** |
| **Choice Electric Corporation 2080 W 60th Ave Denver, CO 80221** | | **Court Judgment** | **Contingent Unliquidated Disputed** | | | **$1,767,045.00** |
| **Choice Electric Corporation 2080 W 60th Ave Denver, CO 80221** | | | | | | **$131,156.00** |
| **GM Financial P.O. Box 1510 Cockeysville, MD 21030** | | **2025 Chevy Cargo Van** | | **$63,105.00** | **$47,687.00** | **$15,418.00** |
| **GM Financial P.O. Box 1510 Cockeysville, MD 21030** | | **2025 Chevy Cargo Van** | | **$61,010.00** | **$47,687.00** | **$13,323.00** |
| **GM Financial P.O. Box 1510 Cockeysville, MD 21030** | | **2025 Chevy Cargo Van** | | **$55,551.00** | **$47,687.00** | **$7,864.00** |
| **GM Financial P.O. Box 1510 Cockeysville, MD 21030** | | **2025 Chevy Cargo Van** | | **$55,551.00** | **$47,687.00** | **$7,864.00** |
| **GM Financial P.O. Box 1510 Cockeysville, MD 21030** | | **2023 Chevy Cargo Van** | | **$32,040.00** | **$27,750.00** | **$4,290.00** |

| Debtor | **Choice Electric, LLC** | | Case number *(if known)* | **25-17873 TBM** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GM Financial P.O. Box 1510 Cockeysville, MD 21030** | | **2023 Chevy Cargo Van** | | $32,040.00 | $27,750.00 | $4,290.00 |
| **GM Financial P.O. Box 1510 Cockeysville, MD 21030** | | **2023 Chevy Equinox** | | $19,540.00 | $17,750.00 | $1,790.00 |
| **GM Financial P.O. Box 1510 Cockeysville, MD 21030** | | **2025 Chevy Silverado** | | $39,423.00 | $38,449.00 | $974.00 |
| **Home Depot Home Depot Credit Services PO Box 790345 Saint Louis, MO 63179** | | **Commercial charge card** | | | | $3,514.00 |
| **JP Morgan Chase PO Box 15298 Wilmington, DE 19850** | | **Credit card** | | | | $49,583.00 |
| **JP Morgan Chase PO Box 15298 Wilmington, DE 19850** | | **Credit card** | | | | $20,133.00 |
| **Ramp Business Corporation 28 W 23rd Street, Floor 2 New York, NY 10010** | | **Corporate Card Program** | | | | $13,966.00 |