**Fill in this information to identify the case:**

Debtor name      Choice Electric, LLC

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   25-17873

☒ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                                  **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
Copy line 88 from *Schedule A/B*.......................................................................................................... $     0.00

   1b. **Total personal property:**
Copy line 91A from *Schedule A/B*........................................................................................................ $     2,436,077.35

   1c. **Total of all property:**
Copy line 92 from *Schedule A/B*.......................................................................................................... $     2,436,077.35

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $     2,816,909.57

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $     0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... **+**$     2,488,922.64

4. **Total liabilities** ..................................................................................................................................
Lines 2 + 3a + 3b

$     5,305,832.21

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     Choice Electric, LLC

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    25-17873

☒ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.         **Cash on hand** | $33.35 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Chase Bank | Checking | 2896 | $19,971.29 |
| 3.2. | Chase Bank | Savings | 1609 | $493.57 |
| 3.3. | Chase Bank Payroll Account | Checking | 5033 | $3,403.60 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $23,901.81 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   Choice Electric, LLC
       Name

Case number *(If known)*   25-17873

| | | |
|---|---|---|
| 7.1. | Professional Employment Group (Free Replacement) | $19,760.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Culturewise | $3,100.00 |
| 8.2. | Eleven Sports Media/Denver Broncos | $8,678.65 |
| 8.3. | Sales Navigator | $629.93 |
| 8.4. | Ontraccr | $4,500.00 |
| 8.5. | Accubid | $8,348.10 |
| 8.6. | Michael Best | $6,822.00 |
| 8.7. | Moody | $3,892.36 |
| 8.8. | C2 Solutions | $2,437.50 |

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   $58,168.54

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:     549,525.24     -     13,753.25     = ....     $535,771.99
                face amount           doubtful or uncollectible accounts

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Choice Electric, LLC | Case number *(If known)* 25-17873 |
|---|---|---|
| | Name | |

11b. Over 90 days old:  172,955.26  -  116,252.57  =....  $56,702.69
face amount  doubtful or uncollectible accounts

**12.** **Total of Part 3.** $592,474.68

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

### Part 4:   Investments

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** Misc. Small Materials | N/A | $25,168.31 | 15% of Book Value | $3,775.25 |

**23.** **Total of Part 5.** $3,775.25

Add lines 19 through 22.   Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Choice Electric, LLC | Case number *(If known)* | 25-17873 |
|---|---|---|---|
| | Name | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Tables, chairs, and small items | $26,597.16 | 10% of Book | $2,659.71 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** iPads, computers, and phones | $4,013.33 | 10% of Book | $401.33 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.   Copy the total to line 86.

| | |
|---|---|
| | $3,061.04 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | 2013 Chevy Cargo Van | $0.00 | | $5,622.13 |
| 47.2. | 2017 Chevy Cargo Van | $0.00 | | $8,820.75 |
| 47.3. | 2017 Chevy Cargo Van | $0.00 | | $6,872.87 |
| 47.4. | 2022 Chevy Equinox | $0.00 | | $12,018.14 |
| 47.5. | 2004 Chevy Cargo Van | $0.00 | | $4,033.33 |
| 47.6. | 2023 Chevy Cargo Van | $0.00 | | $25,729.50 |
| 47.7. | 2023 Chevy Cargo Van | $0.00 | | $25,729.50 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor     Choice Electric, LLC                                      Case number *(If known)*  25-17873
           _____
           Name

| | | | |
|---|---|---|---|
| 47.8. | 2022 Chevy Equinox | $0.00 | $19,722.18 |
| 47.9. | 2023 Chevy Equinox | $0.00 | $15,147.34 |
| 47.10. | 2019 Dodge Ram Pickup | $0.00 | $34,822.69 |
| 47.11. | 2021 Dodge Ram Pickup | $0.00 | $30,405.11 |
| 47.12. | 2025 Chevy Cargo Van | $0.00 | $51,985.38 |
| 47.13. | 2025 Chevy Cargo Van | $0.00 | $51,985.38 |
| 47.14. | 2025 Chevy Silverado | $0.00 | $39,828.40 |
| 47.15. | 2025 Chevy Cargo Van | $0.00 | $61,876.63 |
| 47.16. | 2025 Chevy Cargo Van | $0.00 | $61,968.47 |
| 47.17. | Haulmark Trailer | $0.00 | $1,312.50 |
| 47.18. | Golf Cart | $0.00 | $600.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
     Construction Tools and Equipment                    $0.00                    $83,526.73

51.  **Total of Part 8.**                                                    | $542,007.03 |
     Add lines 47 through 50.   Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ☒ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

| Debtor | Choice Electric, LLC | | Case number (If known) 25-17873 |
|--------|---------------------|--|-------------------------------|
| | Name | | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 2080 W 60th Ave, Denver, CO 80221 | Lease | $0.00 | | $0.00 |

| 56. | **Total of Part 9.** Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | $0.00 |
|---|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Choice Electric | Unknown | | $0.00 |
| 61. **Internet domain names and websites** Choiceelectric.com | Unknown | | $0.00 |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | $0.00 |
|---|---|---|

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Choice Electric, LLC                                    Case number (If known)  25-17873
          Name

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ☐ No
     ☒ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ☐ No
     ☒ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.   Go to Part 12.
    ☒ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | TBD                        Tax year | Unknown |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | Choice Electric Corp; DCB Construction | $1,212,689.00 |
| | **Nature of claim**      Breach, Theft, Interest Failure to Pay | |
| | **Amount requested**         $1,212,689.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

78.  **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.

     $1,212,689.00

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor     Choice Electric, LLC                                          Case number (If known)  25-17873
           Name

Part 12:        **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $23,901.81 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $58,168.54 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $592,474.68 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | $3,775.25 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,061.04 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $542,007.03 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,212,689.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,436,077.35 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,436,077.35 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 8
Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Choice Electric, LLC

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)   25-17873

☒ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Ally Bank<br>Creditor's Name<br><br>PO Box 380902<br>Bloomington, MN 55438<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>05/19/2023<br>**Last 4 digits of account number**<br>9492<br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>2022 Chevy Equinox<br><br><br>**Describe the lien**<br>Vehicle Loan<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,900.00 | $16,500.00 |
| **2.2** Byline Bank Loan<br>Creditor's Name<br><br>PO Box 7968<br>Carol Stream, IL 60197<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>03/02/2022<br>**Last 4 digits of account number**<br>2505<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.2 | **Describe debtor's property that is subject to a lien**<br>All Assets of business except for what is owed to GM Financial<br><br>**Describe the lien**<br>Purchase of Business<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,591,974.80 | $1,977,597.05 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Choice Electric, LLC | Case number (if known) | 25-17873 |
|--------|---------------------|------------------------|----------|
| | Name | | |

---

**2.3** | Byline Bank Loan

Creditor's Name

PO Box 7968
Carol Stream, IL 60197

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
2506

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.2

**Describe debtor's property that is subject to a lien**
All Assets of business except for what is owed to GM Financial

**Describe the lien**
Purchase of Real Estate

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$704,561.44      $1,977,597.05

---

**2.4** | Choice Electric Corporation

Creditor's Name

7610 Grand Ave
Lakewood, CO 80123

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Seller Note

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$129,650.33      $0.00

---

**2.5** | GM Financial

Creditor's Name

P.O. Box 1510
Cockeysville, MD 21030

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
08/09/2022

**Last 4 digits of account number**
0167

**Do multiple creditors have an interest in the same property?**
☒ No

**Describe debtor's property that is subject to a lien**
2022 Chevy Equinox

**Describe the lien**
Vehicle Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

$13,563.00      $16,500.00

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Choice Electric, LLC | Case number (if known) | 25-17873 |
|---|---|---|---|
| | Name | | |

including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

**2.6** | **GM Financial**

Creditor's Name

| | $32,040.00 | $27,750.00 |

**Describe debtor's property that is subject to a lien**
2023 Chevy Cargo Van

P.O. Box 1510
Cockeysville, MD 21030

Creditor's mailing address

**Describe the lien**
Vehicle Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
03/20/2023

**Last 4 digits of account number**
3752

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7** | **GM Financial**

Creditor's Name

| | $32,040.00 | $27,750.00 |

**Describe debtor's property that is subject to a lien**
2023 Chevy Cargo Van

P.O. Box 1510
Cockeysville, MD 21030

Creditor's mailing address

**Describe the lien**
Vehicle Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
03/20/2023

**Last 4 digits of account number**
3774

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8** | **GM Financial**

Creditor's Name

| | $19,540.00 | $17,750.00 |

**Describe debtor's property that is subject to a lien**
2023 Chevy Equinox

P.O. Box 1510
Cockeysville, MD 21030

Creditor's mailing address

**Describe the lien**
Vehicle Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
05/18/2023

**Last 4 digits of account number**
0997

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

| Debtor | Choice Electric, LLC | Case number (if known) | 25-17873 |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | GM Financial | Describe debtor's property that is subject to a lien | $55,551.00 | $47,687.00 |
|---|---|---|---|---|
| | Creditor's Name | 2025 Chevy Cargo Van | | |

P.O. Box 1510
Cockeysville, MD 21030
Creditor's mailing address

**Describe the lien**
Vehicle Loan

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**
01/26/2025

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
0027

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | GM Financial | Describe debtor's property that is subject to a lien | $55,551.00 | $47,687.00 |
|---|---|---|---|---|
| | Creditor's Name | 2025 Chevy Cargo Van | | |

P.O. Box 1510
Cockeysville, MD 21030
Creditor's mailing address

**Describe the lien**
Vehicle Loan

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
01/26/2025

**Last 4 digits of account number**
2232

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | GM Financial | Describe debtor's property that is subject to a lien | $39,423.00 | $38,449.00 |
|---|---|---|---|---|
| | Creditor's Name | 2025 Chevy Silverado | | |

P.O. Box 1510
Cockeysville, MD 21030
Creditor's mailing address

**Describe the lien**
Vehicle Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 6

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Choice Electric, LLC | Case number (if known) | 25-17873 |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
04/01/2025
**Last 4 digits of account number**
0056

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.12**

| **GM Financial** | **Describe debtor's property that is subject to a lien** | $61,010.00 | $47,687.00 |
|---|---|---|---|
| Creditor's Name | 2025 Chevy Cargo Van | | |

P.O. Box 1510
Cockeysville, MD 21030
Creditor's mailing address

**Describe the lien**
Vehicle Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
10/21/2025
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.13**

| **GM Financial** | **Describe debtor's property that is subject to a lien** | $63,105.00 | $47,687.00 |
|---|---|---|---|
| Creditor's Name | 2025 Chevy Cargo Van | | |

P.O. Box 1510
Cockeysville, MD 21030
Creditor's mailing address

**Describe the lien**
Vehicle Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
10/21/2025
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,816,909.57

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 5 of 6

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    Choice Electric, LLC
        Name                                                          Case number (if known)    25-17873

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Choice Electric, LLC

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)  25-17873

☒ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** <br> All Cable <br> 665 E 56th Ave <br> Denver, CO 80216 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Supplier <br> Is the claim subject to offset? ☒ No ☐ Yes | $117.88 |
| **3.2** | **Nonpriority creditor's name and mailing address** <br> Bill's Boom <br> 3085 South Wyandot <br> Englewood, CO 80110 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Supplier <br> Is the claim subject to offset? ☒ No ☐ Yes | $543.00 |
| **3.3** | **Nonpriority creditor's name and mailing address** <br> Blazer Electric Supply <br> 3125 Omaha Blvd <br> Colorado Springs, CO 80915 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Supplier <br> Is the claim subject to offset? ☒ No ☐ Yes | $276.27 |
| **3.4** | **Nonpriority creditor's name and mailing address** <br> CED <br> PO Box 209120 <br> Dallas, TX 75320-9120 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Supplier <br> Is the claim subject to offset? ☒ No ☐ Yes | $62,271.99 |
| **3.5** | **Nonpriority creditor's name and mailing address** <br> Choice Electric Corporation <br> 7610 Grand Ave <br> Lakewood, CO 80123 <br><br> **Date(s) debt was incurred** 10/30/2025 <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** _ <br> Is the claim subject to offset? ☒ No ☐ Yes | $1,767,045.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | Choice Electric, LLC | Case number (if known) | 25-17873 |
|---|---|---|---|
| | Name | | |

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $228,160.00
---|---|---|---
| Choice RE Holdings LLC | ☐ Contingent |
| 3916 N Potsdam Ave #4308 | ☐ Unliquidated |
| Sioux Falls, SD 57104 | ☐ Disputed |
| **Date(s) debt was incurred** Multiple | **Basis for the claim:** Business Line of Credit |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes |

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,327.11
---|---|---|---
| City Electrical Supply | |
| Southwest Division | ☐ Contingent |
| PO Box 5267 | ☐ Unliquidated |
| Greenwood Village, CO 80155 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Supplier |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes |

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $334.40
---|---|---|---
| Complete Lighting of Colorado | ☐ Contingent |
| 4622-B Northpark Dr | ☐ Unliquidated |
| Colorado Springs, CO 80918 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Supplier |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes |

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $163.73
---|---|---|---
| Denver Breaker | ☐ Contingent |
| 4901 Ironton Street | ☐ Unliquidated |
| Denver, CO 80239 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Supplier |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes |

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $900.00
---|---|---|---
| Denver Disposal | ☐ Contingent |
| 25155 E Plymouth Circle | ☐ Unliquidated |
| Aurora, CO 80016 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Supplier |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes |

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,627.37
---|---|---|---
| EIDIR Management | ☐ Contingent |
| 1236 Goldsmith Drive | ☐ Unliquidated |
| Highlands Ranch, CO 80126 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Supplier |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes |

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $601.39
---|---|---|---
| ELECTRICONNECTION | ☐ Contingent |
| 6715 West 58th Place | ☐ Unliquidated |
| Arvada, CO 80003-5503 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Supplier |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes |

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,417.75
---|---|---|---
| Equipment Share | ☐ Contingent |
| 15427 E Fremont Dr | ☐ Unliquidated |
| Englewood, CO 80112 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Supplier |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes |

| Debtor | Choice Electric, LLC | Case number (if known) | 25-17873 |
|---|---|---|---|
| | Name | | |

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $147,600.00 |
|---|---|---|---|

Eric Berger
3916 N Potsdam Ave #4308
Sioux Falls, SD 57104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Business Line of Credit

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $310.81 |
|---|---|---|---|

Facility Solutions Group Inc.
555 W 48th Ave #A
Denver, CO 80216

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Supplier

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,582.27 |
|---|---|---|---|

Ford Audio Video Systems, LLC
4800 W Interstate
Oklahoma City, OK 73128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Subcontractor

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,900.00 |
|---|---|---|---|

Ground Penetrating Radar System
5217 Monroe Street
Toledo, OH 43623

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Subcontractor

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,655.82 |
|---|---|---|---|

Home Depot
Home Depot Credit ServicesPO Box 790345
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Commercial charge card

**Last 4 digits of account number** 0831

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,049.58 |
|---|---|---|---|

Johnson Control Fire
Dept CH 10320
Palatine, IL 60055-0320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Subcontractor

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,133.00 |
|---|---|---|---|

JP Morgan Chase
PO Box 15298
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/02/2025

**Basis for the claim:** Credit card

**Last 4 digits of account number** 9184

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,583.00 |
|---|---|---|---|

JP Morgan Chase
PO Box 15298
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/02/2025

**Basis for the claim:** Credit card

**Last 4 digits of account number** 4930

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | Choice Electric, LLC | Case number (if known) | 25-17873 |
|--------|---------------------|------------------------|----------|
| | Name | | |

---

**3.22** **Nonpriority creditor's name and mailing address**
Network
PO Box 978763
Dallas, TX 75397-8763

**As of the petition filing date, the claim is:** *Check all that apply.*   $10,253.72

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**
Ports Publishing
1750 30th Street Dept 368
Boulder, CO 80301

**As of the petition filing date, the claim is:** *Check all that apply.*   $2,950.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Supplier

**Last 4 digits of account number** _    Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**
QED - Denver
PO Box 841462
Dallas, TX 75284-1462

**As of the petition filing date, the claim is:** *Check all that apply.*   $714.11

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Supplier

**Last 4 digits of account number** _    Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**
Ramp Business Corporation
28 W 23rd Street, Floor 2
New York, NY 10010

**As of the petition filing date, the claim is:** *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Corporate Card Program

**Last 4 digits of account number** _    Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**
REALMANAGE
PO Box 803555
Dallas, TX 75380-3555

**As of the petition filing date, the claim is:** *Check all that apply.*   $749.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.27** **Nonpriority creditor's name and mailing address**
Region 8 Enviro, LLC
PO Box 1295
Elizabeth, CO 80107

**As of the petition filing date, the claim is:** *Check all that apply.*   $146.67

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Supplier

**Last 4 digits of account number** _    Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.28** **Nonpriority creditor's name and mailing address**
REXEL
PO Box 840638
Dallas, TX 75284-0638

**As of the petition filing date, the claim is:** *Check all that apply.*   $15,287.42

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Supplier

**Last 4 digits of account number** _    Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.29** **Nonpriority creditor's name and mailing address**
Robert Grassia
13636 E Brookhart Way
Scottsdale, AZ 85262

**As of the petition filing date, the claim is:** *Check all that apply.*   $80,999.82

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Choice Electric, LLC | Case number (if known) | 25-17873 |
|---|---|---|---|
| | Name | | |

| 3.30 | **Nonpriority creditor's name and mailing address**<br>Servitech, Inc.<br>13892 E. Smith Drive<br>Aurora, CO 80011 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$59,041.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Subcontractor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address**<br>Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384-9211 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,805.53** |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Supplier | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address**<br>Swing Enterprises LLC<br>8215 W Ken Caryl Pl Apt A<br>Littleton, CO 80128 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,375.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Supplier | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**Part 3:     List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. **+** | $ | 2,488,922.64 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,488,922.64 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Choice Electric, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF COLORADO___

Case number (if known) ___25-17873___

☒ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Auto Lease-Back Agreement dated 4/1/2024 and Addendum to Earnout Agreement dated 4/10/2024 on Vehicles:<br>2019 Ram 1500 Unlimited<br>2021 Ram 1500 Rebel | |
| | State the term remaining | Lease Agreement will remain in full force and effect until such time as the titles transfer to Debtor under the terms of the Asset Purchase Agreement dated 3/31/2024.. | |
| | List the contract number of any government contract | | Alpine Electric, LLC |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement dated November 5, 2025 for evaluation of financial documents and forms preparation. Term of agreement is six months or more. Compensation for services to be provided to be $250 per hour. | |
| | State the term remaining | | |
| | List the contract number of any government contract | | C2 Solutions, LLC<br>dba C Squared Solutions LLC |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Choice Electric, LLC | | | Case number (*if known*) | 25-17873 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — Savin Copier Lease Agreement - Monthly<br><br>State the term remaining<br><br>List the contract number of any government contract | CBS Office Technology, Business Solutino<br>5195 Marshall Street<br>Arvada, CO 80002 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — Premise Lease dated 3/1/2022 on 2080 W 60th Avenue, Denver, Colorado 80221<br><br>State the term remaining — Shall continue until 2/28/2027<br><br>List the contract number of any government contract | Choice RE Holdings, LLC<br>3916 N Potsdam Ave #4308<br>Sioux Falls, SD 57104 |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — Monthly Uniforms<br><br>State the term remaining<br><br>List the contract number of any government contract | Cintas |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — Monthly software licensing<br><br>State the term remaining<br><br>List the contract number of any government contract | Deltek Computerease |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | Choice Electric, LLC | | | Case number *(if known)* | 25-17873 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

Consulting Agreement dated November 21, 2025 for financial consulting services. Term in effect until completion of services, subject to earlier termination as provided in the Agreement. $2,000.00 retainer paid. Services at rate of $200.00 per hour.

State the term remaining

List the contract number of any government contract

Dutkiewicz & Associates, LLC
29359 Northstar Ln
Evergreen, CO 80439

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

Trade Agreement for Contracted services dated 6/16/2025

State the term remaining

List the contract number of any government contract

Eleven Sports Media
10130 Mallard Rd Suite 300
Charlotte, NC 28262

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

Monthly IT support

State the term remaining

List the contract number of any government contract

Executech

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

Recruiting software licensing paid quarterly

State the term remaining

List the contract number of any government contract

Topgrading ATS

---

**Fill in this information to identify the case:**

Debtor name      Choice Electric, LLC

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   25-17873

☒ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 01/01/2025 to Filing Date | ☒ Operating a business ☐ Other | $4,236,582.00 |
| For prior year: From 01/01/2024 to 12/31/2024 | ☒ Operating a business ☐ Other | $6,836,527.00 |
| For year before that: From 01/01/2023 to 12/31/2023 | ☒ Operating a business ☐ Other | $8,282,172.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2025 to Filing Date | Charge for Services Related to Real Estate | $35,000.00 |
| **From the beginning of the fiscal year to filing date:** From 01/01/2025 to Filing Date | Interest from Bank Account Balances and Redemption of Ramp Card Rewards | $4,856.48 |
| **For prior year:** From 01/01/2024 to 12/31/2024 | Interest from Bank Account Balances and Redemption of Ramp Card Rewards | $5,389.43 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | Choice Electric, LLC | Case number (if known) | 25-17873 |
|---|---|---|---|

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For year before that:** From 01/01/2023 to 12/31/2023 | Interest from Bank Account Balances and IRS Refund Held | $549.80 |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | American Funds Capital Bank & Trust PO Box 560985 Denver, CO 80256-0985 | Various 9/2/2025 through 12/1/2025 | $29,814.34 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other  401(K) |
| 3.2. | AMERISURE MUTUAL INSURANCE CO LOCKBOX 730502 Dallas, TX 75373-0502 | Various 9/2/2025 through 12/1/2025 | $20,854.28 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other  Insurance |
| 3.3. | Byline Bank PO Box 7968 Carol Stream, IL 60197 | Various 9/2/2025 through 12/1/2025 | $67,000.00 | ☒ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.4. | CED PO Box 209120 Dallas, TX 75320-9120 | Various 9/2/2025 through 12/1/2025 | $48,022.90 | ☐ Secured debt ☐ Unsecured loan repayments ☒ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.5. | Chase P.O. Box 15123 Wilmington, DE 19850-5123 | Various 9/2/2025 through 12/1/2025 | $52,873.92 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other  Credit card |
| 3.6. | Colorado Department of Revenue 1375 Sherman Street, Room 5004 Denver, CO 80261-0004 | Various 9/2/2025 through 12/1/2025 | $22,982.10 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other  Taxes |
| 3.7. | EFTPS | Various 9/2/2025 through 12/1/2025 | $133,190.60 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other  Federal Tax Deposit |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Choice Electric, LLC | Case number *(if known)* | 25-17873 |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8. EIDIR Management<br>1236 Goldsmith Dr.<br>Highlands Ranch, CO 80126 | Various<br>9/2/2025<br>through<br>12/1/2025 | $9,155.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. GM Financial<br>P.O. Box 1510<br>Cockeysville, MD 21030 | Various<br>9/2/2025<br>through<br>12/1/2025 | $19,784.96 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. The Great Game of Business Inc.<br>2401 E Sunshine St<br>Springfield, MO 65804 | Various<br>9/2/2025<br>through<br>12/1/2025 | $9,695.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. Home Depot<br>Dept 32-2016260378<br>Columbus, OH 43218-3175 | Various<br>9/2/2025<br>through<br>12/1/2025 | $5,584.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Charge account_ |
| 3.12. QED - Denver<br>PO Box 841462<br>Dallas, TX 75284-1462 | Various<br>9/2/2025<br>through<br>12/1/2025 | $13,492.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. RAMP<br>28 W 23rd St, Floor 2<br>New York, NY 10010 | Various<br>9/2/2025<br>through<br>12/1/2025 | $85,177.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Credit Card Program_ |
| 3.14. REXEL<br>PO Box 840638<br>Dallas, TX 75284-0638 | Various<br>9/2/2025<br>through<br>12/1/2025 | $21,801.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. United Healthcare Services<br>PO Box 88160<br>Chicago, IL 60680-1106 | Various<br>9/2/2025<br>through<br>12/1/2025 | $22,904.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Medical_ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   Choice Electric, LLC                                      Case number *(if known)* 25-17873

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Neptune Capital Group, LLC 3916 N Potsdam Ave #4308 Sioux Falls, SD 57104 Management Company who employs and pays Eric Berger | One year prior to case filing | $144,820.00 | Real estate related services, project related services, and management fee |
| 4.2. Robert Grassia 13636 E Brookhart Way Scottsdale, AZ 85262 Owner of Choice Electric Corporation | Over the last 12 months | $70,309.41 | Commission on projects with client |
| 4.3. Choice Electric Corporation 7610 Grand Ave Lakewood, CO 80123 Business | Monthly over the last 12 months | $22,578.49 | Seller Note payments |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Plaintiff: Choice Electric Corporation; Robert Grassia, Cory Burris, Dana Hoff Defendant: Choice Electric LLC, Eric Berger 2023CV31234 | Contract Dispute | District Court, Adams County, Colorado 1100 Judicial Center Drive Brighton, CO 80601 | ☐ Pending ☒ On appeal ☐ Concluded |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor __Choice Electric, LLC__                                    Case number *(if known)* __25-17873__

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. Plaintiff: UINTAH REFRIGERATION & ELECTRICAL, L.L.C., Defendant: ERIC BERGER doing business as CHOICE ELECTRIC<br>250700213 | Contract Dispute | Second Judicial District Court in and for Davis County, State of Utah | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.3. Plaintiff: Choice Electric LLC Defendant: Grand Vista Lodge LLC, W2 Real Estate Partners, and Warren Walters<br>2025CV030130 | Contract Dispute | District Court, County of Summit, State of Colorado<br>501 North Park Ave.<br>Breckenridge, CO 80424 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.4. Plaintiff: Choice Electric LLC Defendant: Castle Rock CBOC, LLC; DCB Construction Company, Inc.; Dave Gill, Public Trustee of Douglas County; Colorado, Gateway First Bank, an Oklahoma Banking Association; Castle Rock Development Company; Core Electric Coop<br>2025CV30871 | Contract Dispute | District Court, Douglas County, Colorado<br>4000 Justice Way<br>Castle Rock, CO 80109 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. Plaintiff: Choice Electric LLC Defendant: Choice Electric Corporation; Robert Grassia, Dana Hoff, Cory Burris<br>2025CV033196 | Contract Dispute | District Court, City and County of Denver, Colorado<br>1437 Bannock St.<br>Denver, CO 80202 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. DCB Construction<br>909 E 62nd Ave<br>Denver, CO 80216 | Rich Bills Memorial Tournament Golf Foursome and Swag Bag Sponsorship | 7/16/2024 and 6/12/2024 | $1,600.00 |
| **Recipients relationship to debtor**<br>Client | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Choice Electric, LLC | Case number (if known) 25-17873 |
|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| Van 82 totaled | Insurance settlement paid directly to Byline Bank, amount unknown | 2/3/2025 | Unknown |

---

**Part 6:     Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Michael Best & Friedrich LLP<br>675 15th Street, Suite 2000<br>Denver, CO 80202 | | 11/14/2025 | $25,000.00 |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1.<br><br><br>Ed Bozarth Chevrolet | Vehicle Trades for new Vans: 1993 Chevy Van, received $250.00; 1998 Chevy Van, received $250.00; 1999 Chevy Van, Received $250.00.2014 Chevy Van, 1999 GMC Van, 2014 Ford F-150 - Trades totaling $3,000. Paid principal to Byline for title relapse on all trades. | 11/8/2024 | $3,750.00 |
| **Relationship to debtor** | | | |

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

| Debtor | Choice Electric, LLC | Case number *(if known)* | 25-17873 |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | ENT Credit Union on behalf of Alpine Electric, LLC | Insurance settlement for Van 90 | 9/18/2024 | Unknown |
| | **Relationship to debtor** | | | |
| 13.3. | Byline Bank PO Box 7968 Carol Stream, IL 60197 | Insurance settlement for Van 82 paid directly to Byline Bank | 2/3/2025 | Unknown |
| | **Relationship to debtor** | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ☒ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ☒ Yes. State the nature of the information collected and retained.

   Names, addresses, phone numbers, and EIN of customers, including individuals.

   Does the debtor have a privacy policy about that information?
   ☐ No
   ☒ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ☒ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| 401K plan in place since May 2022-Choice Electric is plan administrator with Third-Party custodian | EIN: |

| Debtor | Choice Electric, LLC | Case number *(if known)* | 25-17873 |

Has the plan been terminated?
☒ No
☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Choice Electric 2080 W 60th Ave Denver, CO 80221 | Eric Berger 2080 W 60th Ave Denver, CO 80221 | Checks, vehicle titles, and other similar documents | ☐ No ☒ Yes |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Debtor | Choice Electric, LLC | Case number *(if known)* 25-17873 |
|---|---|---|

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.      Martin, Vejvoda & Associates, CPA 3443 S Galena Street, #200 Denver, CO 80231 | Annual tax extensions and filings |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.      Choice Electric, LLC 2080 W 60th Ave. Denver, CO 80221 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Debtor | Choice Electric, LLC | Case number (if known) | 25-17873 |

### Name and address

| 26d.1. | Byline Bank<br>PO Box 7968<br>Carol Stream, IL 60197 |
| 26d.2. | RTD SBE SBE Certification Issued October |
| 26d.3. | Denver Economic Development&Opportunity<br>Division of Small Business Opportunity<br>Wellington Webb Building<br>201 W Colfax Ave. Dept. 1011<br>Denver, CO 80202 |
| 26d.4. | City and County of Denver<br>Treasury Division<br>P.O. Box 17420<br>Denver, CO 80217 |
| 26d.5. | C2HM Hill/Jacobs<br>7001 E Belleview Ave<br>Denver, CO 80237 |
| 26d.6. | Martin, Vejvoda & Associates, CPA<br>3443 S Galena Street, #200<br>Denver, CO 80231 |
| 26d.7. | Saunders Construction<br>86 Inverness Pl North<br>Englewood, CO 80112 |
| 26d.8. | JPMorgan Chase Bank<br>PO Box 15018<br>Wilmington, DE 19850 |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☒ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Eric Berger | 3916 N Potsdam Ave #4308<br>Sioux Falls, SD 57104 | General Manager | 99% ownership interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Neptune Capital Group, LLC | 3916 N Potsdam Ave #4308<br>Sioux Falls, SD 57104 | Ownership | 1% ownership interest |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☒ No
    ☐ Yes. Identify below.

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page 10 |

| Debtor | Choice Electric, LLC | Case number *(if known)* | 25-17873 |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Eric Berger<br>3916 N Potsdam Ave #4308<br>Sioux Falls, SD 57104 | $9,083.52 | Within the last 1 year | Monthly health and life insurance |
| **Relationship to debtor**<br>General Manager - 99% owner | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      February 16, 2026

/s/ Eric Berger                                                           Eric Berger
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      General Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes