UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

In re:                                        |
                                              |
CHOICE ELECTRIC, LLC,                         |          Case No. 25-17873 TBM
                                              |          Chapter 11
        Debtor.                               |

---

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Kevin S. Neiman*, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $1,500.  On 1/23/26, the debtor filed an amended petition that removed the designation that it is a small business debtor that chooses to proceed under Subchapter V of Chapter 11.  Before filing the amended petition, there was no plan confirmed and no plan payments made to the trustee.  Pursuant to 11 U.S.C. § 330(a), on 2/20/26, the Court ordered compensation of $2,687.76 be awarded to the trustee.  $1,500 of these funds were paid by the debtor to the trustee on 2/23/26 through draw down of a previously approved and funded retainer.  The balance of the award in the amount of $1,187.76 is an allowed chapter 11 administrative expense.  I hereby certify that the estate of the above-named debtor has been fully administered through the date of amendment of the petition. I request that I be discharged from any further duties as trustee.

Date: 3/25/26                        By: */s/ Kevin S. Neiman*_____
                                              Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR B**