**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re: CHOICE ELECTRIC, LLC | Case No.: 25-17873-TBM |
| Debtor. | Chapter: 11 |

## ORDER GRANTING MOTION TO RECONSIDER ORDER DENYING AS MOOT STIPULATION BETWEEN DEBTOR AND BYLINE BANK

THIS MATTER comes before the Court on the *Motion to Reconsider Order Denying as Moot Stipulation Between Debtor and Byline Bank* (the "Motion"). The Court, having reviewed the Motion and being advised of the premises therein, hereby

ORDERS that the Motion is GRANTED. The Court shall enter a separate order concerning the parties' *Stipulation Between Debtor and Byline Bank Granting Limited Relief from the Automatic Stay*, Docket No. 139.

DATED this 3rd day of April, 2026

BY THE COURT:

*Thomas B. McNamara*

Hon. Thomas B. McNamara
United States Bankruptcy Court Judge