## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:

**Choice Electric, LLC,**

Debtor.

Bankruptcy Case No. **25-17873 TBM**

Chapter **11**

## ORDER ON STIPULATION BETWEEN DEBTOR AND BYLINE BANK GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY

Debtor, Choice Electric, LLC ("Debtor") and Secured Creditor Byline Bank ("Byline") (collectively, the "Movants") has filed herein Stipulation Granting Limited Relief from the Automatic Stay (the "Stipulation").

(1) ☐ to foreclose on and/or take possession and control of property described as follows:

_____

_____

_____ **[description]**.

(2) ☐ to proceed with the liquidation of claims involving the debtor or the debtor's estate pursuant to certain proceedings presently pending in:

_____

_____

_____ **[description]**.

(3) ☒ other:

    a. Debtor shall be permitted to swap the lien releases for VIN 1017 with VIN 6237, as defined in the Stipulation;

    b. To facilitate this transaction and to the extent necessary, relief from the automatic stay shall be granted to Byline pursuant to Section 362(d) of the Bankruptcy Code to accomplish the following:

        i. To allow Byline to release the title for the Debtor's 1999 GMC Safari Van, VIN ending 6237 to Debtor; and

        ii. To allow Byline to obtain and perfect a lien on Debtor's 2013 Chevy Cargo Van, VIN ending 1017.

The Court, being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby orders that the relief sought by the Stipulation should be granted, and Movant is hereby granted relief from stay in order to proceed to proceed as stated above.

The Court further orders that the 14-day stay under F.R.B.P. 4001(a)(3) ☒ is/ ☐ is not waived.

DATED this 3rd day of April, 2026.

BY THE COURT:

*Thomas B. McNamara*

Thomas B. McNamara
United States Bankruptcy Judge

L.B.F. 4001-1.3 (12/18)

Page 1